**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **C.L.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **8:26-cv-02474-TDC** |
| | ) | |
| **MARKWAYNE MULLIN, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym, to Redact, and to Seal, the Court having reviewed the Motion and supporting materials, and finding that Plaintiff has satisfied the requirements of Local Rule 105.11 and applicable law, it is hereby:

ORDERED that Plaintiff's Motion to Proceed Under Pseudonym, to Redact, and to Seal is GRANTED; and it is further

ORDERED that Plaintiff may proceed in this action under the pseudonym "C.L."; and it is further

ORDERED that the Clerk shall maintain under seal the unredacted Complaint and any documents identified in Plaintiff's Motion as containing information subject to sealing; and it is further

ORDERED that publicly filed redacted versions of those documents shall be filed and remain available on the public docket; and it is further

ORDERED that Defendants and their counsel may access Plaintiff's true identity and any sealed materials solely for purposes of this litigation and subject to the protections set forth in this Order.

IT IS SO ORDERED on this 27th day of July, 2026,

HON. THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE