**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

C.L.,

Plaintiff,

v.

MARKWAYNE MULLIN,
*in his official capacity as Secretary of Homeland Security,*
JOSEPH B. EDLOW,
*in his official capacity as Director of U.S. Citizenship and Immigration Services,*
CARRIE M. SELBY,
*in her official capacity as Associate Director, Service Center Operations Directorate, U.S. Citizenship and Immigration Services,*
MARCO A. RUBIO,
*in his official capacity as Secretary of State,*
and
MORA NAMDAR,
*in her official capacity as Assistant Secretary, Bureau of Consular Affairs, U.S. Department of State,*

Defendants.

Civil Action No. 26-2474-TDC

**ORDER**

Defendants have filed a Motion to Dismiss the Complaint. The Case Management Order states that "[n]o motions may be filed without first seeking a Pre-Motion Conference with the Court," including "Motions to Dismiss filed in lieu of an Answer." Case Management Order § III.A.1, ECF No. 5. Defendants have not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. The Motion, ECF No. 14, is DENIED WITHOUT PREJUDICE.

2. If Defendants seek to file a motion, it must file a Notice of Intent to File a Motion pursuant to § III.A.2 of the Case Management Order within **7 days** of the date of this Order.

Date: September 1, 2026

THEODORE D. CHUANG
United States District Judge