**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **C.L.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No.: 8:26-02474-GLS** |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

On November 10, 2026, the Court presided over a hearing during which it resolved all pending motions. (ECF No. 46). Specifically, the Court addressed the following: (1) Defendants "Motion to Dismiss" (ECF Nos. 21, 22), a memorandum in support thereto ("Motion to Dismiss Memorandum," (ECF Nos. 21-1 through 21-2, 22), and the opposition thereto, "Plaintiff's Response in Opposition to Motion to Dismiss," (ECF No. 29); (2) "Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction and Request for Expedited Briefing and Hearing" ("Injunction-TRO Motion"), (ECF No. 30), a memorandum in support thereto ("Temporary Restraining Order and/or Preliminary Injunction Memorandum") (ECF Nos. 30-1 through 30-3; 31-1 through 31-5), the opposition thereto, "Memorandum in Opposition to Motion for Temporary Restraining Order," (ECF No. 44), and the reply thereto, "Plaintiff's Reply in Support of Motion for Temporary Restraining Order and/or Preliminary Injunction"; (3) the "Joint Status Report and Request to Amend the Briefing Schedule," (ECF No. 43); and (4) the following joint status reports: ECF Nos. 39 and 40. The matters have been fully briefed, thus the Court finds

that no hearing is necessary. *See* Local Rule 105.6 (D. Md. 2025). The Court orally issued its Memorandum Opinion and Order. (ECF No. 46).

For the reasons articulated on the record, (ECF No. 46), it is hereby **ORDERED**:

1. The Request to Amend the Briefing Schedule (ECF No. 43), is hereby **GRANTED** *nunc pro tunc*;
2. Defendants Motion to Dismiss for the lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), (ECF Nos. 21, 22), is hereby **DENIED**;
3. Defendants Motion to Dismiss for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), (ECF Nos. 21, 22), specifically as to Counts I and II of the Complaint, (ECF No. 1), is hereby **GRANTED**; and
4. Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction, (ECF No. 30), is hereby **DENIED.**

The Clerk of the Court is directed to **CLOSE** the case.

Dated: November 10, 2026

/s/
The Honorable Gina L. Simms
United States Magistrate Judge